49 So.2d 921

## Mrs. I. KARTZINEL v. Mrs. J. M. GRACE.

### 6 Div. 94.

Supreme Court of Alabama.
Nov. 28, 1950.

Ward & Ward, of Tuscaloosa, for appellant.

698

Davis & Zeanah, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.